**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Kevin terrance Coit QQ6736_       :
**Full Name of Plaintiff        Inmate Number**       :

:       Civil No. _____

v.       :       (to be filled in by the Clerk's Office)

:

_Lt elwell_       :       ( ✓ ) Demand for Jury Trial
**Name of Defendant 1**       :       ( ___ ) No Jury Trial Demand

:

_dePuty Albert_       :
**Name of Defendant 2**       :

:

_Sup gourley_       :
**Name of Defendant 3**       :

:

_dePutY John doe_       :       **FILED**
**Name of Defendant 4**       :       HARRISBURG, PA

:       OCT 0 6 2025

_C/o glove_       :
**Name of Defendant 5**       :       PER _____
(Print the names of all defendants. If the names of all       :       DEPUTY CLERK
defendants do not fit in this space, you may attach       :
additional pages. Do not include addresses in this       :
section).       :

---

I.    **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

Kevin ωT · Coit

Name (Last, First, MI)

QQ6730

Inmate Number

SCi Greene

Place of Confinement

169 Progress drive

Address

Waynesburg PA

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

✓    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

___    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Elwell

Name (Last, First)

Lt

Current Job Title

2500 Lisburn road

Current Work Address

Camphill PA 17001

City, County, State, Zip Code

Defendant 2:

_____ Albert _____

Name (Last, First)

_____ deputy _____

Current Job Title

_____ 2500 lisburn road _____

Current Work Address

_____ Camphill PA17001 _____

City, County, State, Zip Code


Defendant 3:

_____ Gourley _____

Name (Last, First)

_____ ~~deputy~~ Superintendent _____

Current Job Title

_____ 2500 Lisburn road _____

Current Work Address

_____ Camphill PA17001 _____

City, County, State, Zip Code


Defendant 4:

_____ John doe _____

Name (Last, First)

_____ deputy _____

Current Job Title

_____ 2500 Lisburn road _____

Current Work Address

_____ Camphill PA 17001 _____

City, County, State, Zip Code


Defendant 5:

_____ giove _____

Name (Last, First)

_____ C/o 1 _____

Current Job Title

_____ 2500 Lisburn road _____

Current Work Address

_____ ~~cord~~ Camphill PA 17001 _____

City, County, State, Zip Code

First Amendment

retaliation

Parties, Jurisdiction, and venue

1. Plaintiff Kevin terrance Coit QQ6730 was confined in a state Correctional facility in Pennsylvania at Sci camphill as a unsentenced county Prisoner from the date of ~~December~~ on or about December 1, 2024 to on or about December 14, 2024 Plaintiff is currently confined at Sci greene 169 Progress drive Waynesburg, PA, 15370

2. Plaintiff Kevin Coit QQ6730 is, and was at all times mentioned herein, an adult Citizen of the united States and a resident of the State of Pennsylvania

3. Defendant #1 Lt elwell is a Lt employed by the department of Collections he is being sued in his official and individual capacity Address is 2500 lisburn road Camphill PA 17001

4 Defendant #2 Deputy ~~elwell~~ Albert is a supervisory official with title of deputy he is and at all times relevant was employed By the department of corrections he is sued in his official and individual capacity he is employed at 2500 lisburn road Camphill PA 17001

5. defendant #3 Deputy John/Jane doe She is employed as a deputy at sci Camphill 2500 @Lisburn road Camphill PA 17001 She is Sued in her individual and official Capacity

6. Defendant #4 CCPM doe is a employed as a CCPM at Sci Camphill 2500 Lisburn road Camphill PA 17001 he/she is Sued in their official and individual Capacities

7. Defendant #5 @ Superintendent gourley is the Super intendent and is employed at Sci camphill 2500 lisburn road Camphill PA 17001 he is Sued in his individual and official Capacities

8. Defendant #6 regional deputy secretary Zaken is the regional deputy secretary employed at Central Office 1920 technology Parkway Mechanicsburg PA 17050 he is Sued in his individual and official Capacities

9. Defendant #7 regional deputy Secretary Marsh is the regional deputy secretary employed at Central office 1920 technology Parkway Mechanicsburg PA 17050 he is Sued in his official and individual Capacity

10. Defendant #8 Collections officer Beno is a corrections officer employed at Sci Camphill 2500 lisburn road Camphill PA 17001 he is Sued in his individual and official Capacity

11. Defendant #9 Corrections officer Rodriegez is a Corrections officer employed at Sci camphill 2500 lisburn road Camphill PA 17001 he is Sued in his official and individual Capacity

12. Defendant #10 Corrections officer glove is a Corrections officer employed at Sci Camphill 2500 lisburn road Camphill PA 17001 he is Sued in his official and individual Capacity

13. Defendant #11 Corrections officer Brezler is a Corrections officer employed at Sci Camphill 2500 lisburn road Camphill PA 17001 he is Sued in her official and individual Capacity

14. Defendant #12 Corrections officer Furguson is a Corrections officer employed at Sci Camphill 2500 lisburn road Camphill PA 17001 he is Sued in his individual and official Capacity

15. Defendant #13 PSS Neal is a PSS employed at Sci Camphill 2500 lisburn road Camphill PA 17001 She is Sued in her individual and official Capacity

16. Defendant #14 tittle unknown t. heist is employed at Sci Camphill 2500 lisburn road Camphill PA 17001 he is being Sued in his individual and official Capacities

defendant #15 title unknown eddens is employed at Sci
Camphill 2500 lisburn road Camphill PA 17001 he is Sued
in his individual and official Capacity

---

Note due to No responses to grievances or Misconduct appeals
and laps of time Plaintiff unable to recall all Staff positions
(i·e hearing examiner Name, CCPM Name, or Second
deputy Name)

# III    Statement of Facts

## Retaliation

17. on or about December 1, 2024 Plaintiff was transfered to Sci Camphill for trial for Coit V. Luther 1:19-cv-2036

18. on or about December 1, 2024 Plaintiff was Placed in SL5 and escorted ✚ By defendant Lt elwell once inside ⬤ SL5 defendants elwell Albert, Deputy John doe, June doe, CCPM doe, and Supurer intendent gourley had Plaintiff Placed in a hard cell, with No Property 24/7 Main lighting, insects, No ventilation, and a cement Bed Frame

19. Plaintiff was on No restrictions and did Not express suicidal thoughts to any person(s) at Sci Camphill For such restrictive measures so Plaintiff asked defendant Lt ⬤ elwell why was plaintiff Placed in hardcell with group, yard, shower, property, and phone restrictions defendant told Plaintiff "this is what Plaintiff gets while at Sci Camphill because Plaintiff is being a rat telling on ⬤⬤ the d·o·c because Plaintiff likes to cause problems So dept albert Previously captain albert from Sci Frackville Stated we are to have fun with you so enjoy yourself Nigger" and walked away

20. on or about December 1, 2024 Plaintiff requested to participate in mental health Structured groups and defendants glove, Brezler, Beno, and rodriguez told Plaintiff he is not getting shit Plaintiff Should have known this because Nobody likes rats but if Plaintiff wants to Come to group or do yard and showers all Plaintiff has to do is allow Coit V. Luther to be won by d·o·c Counsel Plaintiff refused and For duration of plaintiff Stay at Sci Camphill Plaintiff was housed in hardcell 24/7 No Food on 6-2 by defendants Lt ~~and~~ elwell, Beno, Lt Mohn, C/o's glove, Brezler rodriguez, furguson, eddens, + heist For 2 two weeks with 24/7 lockdown

## III  Statement of facts
### retaliation

21. From about 12,1,24 to 12·14·24 Plaintiff was denied Mental heal
health treatment, denied Showers, Cloths Food, legal Materials Such as
exhibits for Coit V. Luther, defendants destroyed affidavits From
witnesses, Aurtoro moody, doaron Shears rasul Young, and gabriel rosa-diaz
Legal Books, Address Book with names of other witnesses, and
grievances Plaintiff was told by defendants elwell, Furguson and
PSS Neal that if i continued to File grievances Matters Would only
get worse

22. From on or about 12.1·24 to 12.14.24 Plaintiff was housed in a
Camara Cell which will Support Plaintiff was denied Meals
by defendants glove, Brezler, Beno, rodrigez, Furguson, Lt elwell,
eddens, + heist, and Lt Mohn Plaintiff was at all times
Fully compliant with feeding Procedures and all direct orders
given in accordance to dc AdM 6·5·1 and 13·8·1 Section 14
due to defendants acts Plaintiff Submitted Abuse allegations
and reports to p·r·t and P·r·c all Failed to Provide Plaintiff
with relief Plaintiff Submitted Multiple grievances and as of
date 9·6·25 Plaintiff has not received any responses to properly
Submitted grievances

23. on or about 12·4·24 Plaintiff requested to Speak to PSS
defendant PSS Neal Came to Plaintiff Cell Plaintiff expressed Concerns
of retaliatory actions by her and other sci camphill defendants
defendant Stated well guess what Faggot i get a Copy of your
grievance on Me and brezler i get Something for you and i hope
you Start to Save Food when you get it and Stormed off

24. on or about 12·4·24 Plaintiff was issued a False Misconduct
by defendant PSS Neal due to Misconduct Plaintiff was Placed
on reduced Food Portions and Movement restriction

25. From 12.1.24 to 12.14.24 Plaintiff was issued 5-6 False Misconducts by defendants Lt elwell, glove, Brezler, Beno, Rodrigez, Furguson, PSS Neal, eddens, t. heist, and Lt Mohn which resulted in water restriction reduced finger foods, No Showers, No yards, or Mental health treatment groups

26. all Misconducts and restrictions were issued 1 to 3 days after Plaintiff defendants told Plaintiff to allow d'o'c Counsel to win and Submission of grievances

27. from on or about 12.1.24 to 12.14.24 Plaintiff Made Several attempts to receive property Plaintiff Contacted defendants Zaken, Marsh, gourley, Albert, and deputy John, June doe, Lt elwell, and Lt Mohn at each Stage Plaintiff was told Defendants glove, Brezler, Beno, rodrigez, Furguson, eddens, and t. heist were all acting in accordance to the directions given by defendants Marsh, Zaken, and gourley

28. on or about 12.3.24 Plaintiff was placed on Finger Foods When Plaintiff Was given Food defendants Brezler, Beno, rodrigez, Furguson Lt elwell, and glove would ask if Plaintiff Was going to Stop Filing grievances Plaintiff would refuse and defendants at different times Pour all Food into Slot and force Plaintiff to Chose what items to take defendants did this Knowing Slot had Feces and O/C residue from Prisoner whom had Just Moved days before and Plaintiff telling them this

29. after Plaintiff Submitted Grievances for retaliation defendants glove, Furguson, Brezler, Beno, rodrigez, Lt elwell, Lt mohn, eddens, and heist begun to deny plaintiff Pen, Grievances, or paper

30. on or about 12·9·24 plaintiff was seen by defendant hex eddens or t. heist Plaintiff hearing was denied by sci Camphill defendants pss Neal glove, Brezler, Beno, Furguson, and Elwell Plaintiff was Never issued witness Forms or even Misconducts plaintiff explained this to hex who Stated "i was Not going to Call anybody anyways your options are drop your grievances and prea's or take dc time and fees" Plaintiff requested cctv from cell to prove Plaintiff did Not do any of alleged misconducts and was told since i refused to participate in hearing he will do hearing without Plaintiff plaintiff was assessed for toilet which already was broken prior to plaintiff placement plaintiff had Multiple staff Submit work orders Plaintiff was charged for ripped Sheets cctv will Show each Morning plaintiff held Sheets to Camara and Made Bed all Which support Misconducts Falsehood

31. on or about 12·14·24 defendants glove, Furguson, and elwell inventoried Plaintiff property without Plaintiff being present despite ~~dc adm 815~~ 6·3·1 Sec 20, 30, 14 and dc Adm 815 requirements on procedures defendants inventoried Plaintiff Property and trashed plaintiff Phone book, legal Books, 2 Sweat Pants, 2 Sweat Shirts, 1 Pair of Shoes, tablet Charger, and watch When Plaintiff asked why was property being trashed defendant elwell Stated "because you are a fu*king rat" and begun to tell Plaintiff he is going to assault Plaintiff when he get off Camara

excessive use of force

32. on or about 12.1.24 plaintiff requested to speak to Lt elwell because Plaintiff was being denied groups and defendants glove, Brezer, Bono, rodrigez, and furgusen was threatening to assault plaintiff during a cell extraction set up by defendants due to plaintiff angel in cell pluintiff was unable to see Main defendant however Because plaintiff was down at SCI Camphill plaintiff was ATA from SCI Somerset after Plaintiffs continued to refuse to withdraw or allow d.o.c to win lawsuit one of the above Named CIo's went into Plumbing chase and emptied a 16 oz can of O/C on plaintiff For No reason and left Plaintiff inside cell For 2 days with No medical treatment offered Plaintiff is asthmatic receives treatment and is Not Cleared For use OF O/C unless in a emergency Per d.o.c Policies 201, 6.3.1 sections 17, 32, 34, 6.5.1 Section 1 and 6.7.2 Section 1 plaintiff was unable to breath and Body Felt like it was on Fire due to O/C

33. on or about 12.3.24 plaintiff was returned from Federal Courthouse when Plaintiff was being escorted down steps to go to d.t.u Lt elwell struck Plaintiff in the face several times demanding Plaintiff recant statement of staff use of O/C plaintiff at No time was resistant, combative or doing anything that warrented application of Force Plaintiff reported incident to Sup gourley, zaken, Marsh, deputy Albert and P.r.c and was told incident Never happend Plaintiff held sickcall to cell CCtv prior to Submission and was Never seen for sickcall to be treated for injuries i.e Busted lip, headaches, and swollen Cheek bone

14th and 4th ~~amendment~~ amendment
unlawful search and seizures
life, liberty, property

34. on or about 12·14·24 defendants glove, Furguson, and Lt elwell
conducted a search of Plaintiff approved commissary property
and seized Plaintiff personal property/ 2 sweat pants 2 sweat
shorts, pair of shoes, legal Books, tablet Charger, and Watch
defendants trashed property and did Not give plaintiff an
avenue to try to have Property/ returned plaintiff Could
Not submit grievance on Seizure due to d·o·c Policy
804 stating without a confiscation slip plaintiff Will Not be
able to submit grievance Plaintiff did file grievance for
retaliation and was Never given Notice grievance was filed

deliberate indifference

35. On or about 12.1.24 Plaintiff saw defendants Beno, rodrigez, ~~Baz~~ and Brezler get O/C plaintiff told defendants plaintiff is Not Cleared for O/C per Medical and defendants still administered O/C after Plaintiff told them he is asthmatic defendants sprayed Plaintiff then left Plaintiff in cell for two days with No Medical treatment for Asthma

36. On or about 12.1.24 after plaintiff was sprayed For No reason in attempt to receive Medical plaintiff told ~~PSS~~ defendant PSS Neal he is suicidal to be taken out of cell Plaintiff began to bite hole in arm to get out of cell defendant PSS Neal stated "your only biting your self you won't die because of that so you are ok" and left Plaintiff in cell Biting arm with body Covered in o/c and cell Full of o/c

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

_____

_____

_____

B.    On what date did the events giving rise to your claim(s) occur?

_____

_____

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

retaliation, delibrate indifference, Cruel and unusual punishment, due process life libert property unreasonable searches and Seizures, excessive force

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Busted lip, head aches, Asthma attack, Nightmares Swollen face,

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Separation from defendnts, 500,000 oc dollars punitive, Compensatory and Monetary damages

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

9.8.25

Date

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF _____

|                          | NO: |
|--------------------------|-----|
| **PETITIONER** :         |     |
| VS.                  :   |     |
| **RESPONDENT** :         |     |

## CERTIFICATE OF SERVICE

I, _Kevin Cit QQ6730_, Pro Se, Petitioner, do hereby aver that copies of the attached/enclosed _Complaint, informapaurpis, and Marshall Forms_ have been mailed to the below listed person(s) by First Class Mail, postage paid, on this _8_ day of _September_, 20 _25_, in compliance with Pennsylvania Rules of Criminal Procedure, Fed.R.A.P. Rule 4.

This service also satisfies the requirements of the Prisoner's Mailbox Rule, outlined in Commonwealth v. Jones, 700 A.2d 423 (1997); and Houston v. Lack, 108 S.Ct. 2379 (1988); under penalty of perjury (28 U.S.C. § 1746).

_Office of Attorney General_
_15th Floor Strawberry Square_
_Harrisburg, PA 17120_
_Void_

Service by _First Class_ Mail:
(First Class/ Certified)

Service by _first_ Mail:
(First Class/ Certified)

Clerk of Court
1501 N 6th St
HBg PA 17102

Service by _First Class_ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Service by _____ Mail:
(First Class/ Certified)

Respectfully Submitted,

_____
(signature)

_Kevin Coit QQ6730_
(print name)

Date: _9-8-25_

Pro Se, Petitioner

169 progress dr
Waynesburg PA 15370

IN THE COMMONWEALTH COURT OF PENNSYLVANIA
_Middle_ DISTRICT

_____kevin coit_____,                    :  NO:

                    PLAINTIFF              :
                                           :   Jury demand
              VS.                          :
                                           :
__ewell__,                                 :
                    RESPONDENT  :

## VERIFICATION

The facts set forth in the foregoing are true and correct to the best of the

undersigned's   knowledge, information, and belief and are verified subject to the

penalties for unsworn falsification to authorities under Pennsylvania Crimes Code 4904

(18 Pa.C.S.A. § 4904).

No Notary
Required

                                              Respectfully Submitted,

Date: _9 · 8_____, 20_25_

                                              _____
                                                     (signature)
                                              _QQ6730 Kevin Coit_
                                                     (print name)

                                              Pro Se Petitioner
                                    S.C.I. Rockview # _Void_
                                      1 Rockview Place, Box A
                                    Bellefonte, PA 16823-0820

Clerk of Court
1501 N 6th St Suite 101
HBg PA 17102

_____

Service by _First Class_ Mail:
(First Class/ Certified)


_____
_____
_____
_____
_____

Service by _____ Mail:
(First Class/ Certified)


_____
_____
_____
_____

Service by _____ Mail:
(First Class/ Certified)


_____
_____
_____
_____

Service by _____ Mail:
(First Class/ Certified)


Date: __9·8·25__ ,


Respectfully Submitted,


_____
(signature)
Kevin Ceit RQ6730
(print name)

Pro Se, Petitioner
169 Progress drive
Waynesburg PA 15370



Communications/PADOC

Ocean

Kevin Cot

Number CQ6730

P.O. Box 33028

St. Petersburg FL 33733

9.8.25

Legal Mail
Packet 1-4    Complaint
                        0028

Clerk of Courts
1501 N 6th St Suite 10th FR
HBG, PA  17108

PA DEPT OF
CORRECTIONS
INMATE MAIL

RECEIVED
HARRISBURG, PA
OCT 06 2025
DEPUTY CLERK

US POSTAGE PITNEY BOWES
ZIP 15370
02 4W
0000383425 SEP 23 2025
$ 001.61°